**Order entered January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01181-CV

### MARVIN LAWRY, JR., Appellant

### V.

### MONIKA LAWRY, ET AL., Appellee

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-08-15571

## ORDER

By letter dated November 18, 2014 the Court directed appellant to file, no later than November 28, 2014, written verification appellant had requested preparation of the reporter's record and had paid or made arrangements to pay the reporter's fee or written documentation the appellant has been found entitled to proceed without payment of costs. Appellant was cautioned that failure to comply could result in submission of the appeal without the reporter's record. Because to date appellant has not complied, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant's brief shall be filed on or before February 2, 2015.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE